IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA S. HERRERA,**<br><br>           Plaintiff,<br><br>    v.<br><br>**J. ORTEGA, et al.,**<br><br>           Defendants. | Case No. 5:20-cv-02035-BLF (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

    Defendants Castillo-Ruiz, Cardona, Valdez Jr., Bickham, Ortega and Duran filed a request for a 92-day extension of time, up to and including Monday, March 25, 2022, in which to file a summary judgment or other dispositive motion or to indicate that this case cannot be resolved by such a motion. The Court has read and considered the request and counsel's accompanying declaration, and finds that good cause exists to grant the request.

    **IT IS HEREBY ORDERED** that Defendants' request for an extension of time is **GRANTED**, and that Defendants' time to file a dispositive motion, or indicate that this case cannot be resolved by such a motion, is extended for 92 days, up to and including March 25, 2022.  If Defendants file a dispositive motion,

1  Plaintiff's opposition shall be filed with the Court and served on Defendants no
2  later than 28 days after the date on which Defendants' motion is filed.
3     Defendants' reply shall be filed with the Court and served on Plaintiff no later
4  than 14 days after the date on which Plaintiff's opposition is filed.

Dated:  __Decmeber 29, 2021__

　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　The Honorable Beth Labson Freeman