IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA S. HERRERA,**<br><br>Plaintiff,<br><br>v.<br><br>**J. ORTEGA, et al.,**<br><br>Defendants. | Case No. 5:20-cv-02035-BLF (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

Defendants Castillo-Ruiz, Cardona, Valdez Jr., Bickham, Ortega and Duran filed a request for a 60-day extension of time, up to and including Tuesday, May 24, 2022, in which to file a summary judgment or other dispositive motion or to indicate that this case cannot be resolved by such a motion. The Court has read and considered the request and counsel's accompanying declaration, and finds that good cause exists to grant the request.

**IT IS HEREBY ORDERED** that Defendants' request for an extension of time is **GRANTED**, and that Defendants' time to file a dispositive motion, or indicate that this case cannot be resolved by such a motion, is extended for 60 days, up to and including May 24, 2022.  If Defendants file a dispositive motion,

Plaintiff's opposition shall be filed with the Court and served on Defendants no later than 28 days after the date on which Defendants' motion is filed.

    Defendants' reply shall be filed with the Court and served on Plaintiff no later than 14 days after the date on which Plaintiff's opposition is filed.

Dated: __March 28, 2022_____

                                              The Honorable Beth Labson Freeman