IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA S. HERRERA,**<br><br>                          Plaintiff,<br><br>v.<br><br>**J. ORTEGA, et al.,**<br><br>                          Defendants. | Case No. 5:20-cv-02035-BLF (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

Defendants Castillo-Ruiz, Cardona, Valdez Jr., Bickham, Ortega and Duran filed a request for a 30-day extension of time, up to and including Thursday, June 23, 2022, in which to file a summary judgment or other dispositive motion or to indicate that this case cannot be resolved by such a motion. The Court has read and considered the request and counsel's accompanying declaration, and finds that good cause exists to grant the request.

**IT IS HEREBY ORDERED** that Defendants' request for an extension of time is **GRANTED**, and that Defendants' time to file a dispositive motion, or indicate that this case cannot be resolved by such a motion, is extended for 30 days, up to and including June 23, 2022.  If Defendants file a dispositive motion,

Plaintiff's opposition shall be filed with the Court and served on Defendants no later than 28 days after the date on which Defendants' motion is filed.

Defendants' reply shall be filed with the Court and served on Plaintiff no later than 14 days after the date on which Plaintiff's opposition is filed.

Dated:  ___May 26, 2022_____

*[signature]*
The Honorable Beth Labson Freeman