UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA S. HERRERA,<br><br>      Plaintiff,<br><br>   v.<br><br>J. ORTEGA, et al.,<br><br>      Defendants. | Case No. 20-cv-02035 BLF (PR)<br><br>**ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br><br>(Docket No. 30) |

Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against personnel at Salinas Valley State Prison where he is currently incarcerated. The Court found the second amended complaint stated cognizable claims and ordered the matter served on Defendants. Dkt. No. 16. Defendants filed a motion for summary judgment on June 23, 2022. Dkt. No. 29. On July 25, 2022, Plaintiff filed a motion for a fourteen-day (14) extension of time to file an opposition based on limited access to the law library due to the COVID-19 pandemic. Dkt. No. 30. Good cause appearing, Plaintiff's motion is **GRANTED IN PART**. Plaintiff shall be granted an extension of time of twenty-eight (28) days after the order is filed.

Defendants' reply shall be filed no later than fourteen (14) days after Plaintiff's opposition is filed.

This order terminates Docket No. 30.

**IT IS SO ORDERED.**

Dated: ___July 28, 2022_____

BETH LABSON FREEMAN
United States District Judge