IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA S. HERRERA,**<br><br>                             Plaintiff,<br><br>     v.<br><br>**J. ORTEGA, et al.,**<br><br>                             Defendants. | Case No. 5:20-cv-02035-BLF (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

Defendants Castillo-Ruiz, Cardona, Ortega and Duran filed a request for a 4-day extension of time, up to and including Friday, April 28, 2023, in which to file a summary judgment or other dispositive motion or to indicate that this case cannot be resolved by such a motion. The Court has read and considered the request and counsel's accompanying declaration, and finds that good cause exists to grant the request.

**IT IS HEREBY ORDERED** that Defendants' request for an extension of time is **GRANTED**, and that Defendants' time to file a dispositive motion, or indicate that this case cannot be resolved by such a motion, is extended for 4 days, up to and including April 28, 2023. If Defendants file a dispositive motion, Plaintiff's opposition shall be filed with the Court and served on Defendants no later than 28 days after the date on which Defendants' motion is filed.

1 | Defendants' reply shall be filed with the Court and served on Plaintiff no later than 14 days
2 | after the date on which Plaintiff's opposition is filed.

Dated: ___April 25, 2023___

The Honorable Beth Labson Freeman