UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA S. HERRERA,<br><br>        Plaintiff,<br><br>   v.<br><br>J. ORTEGA, et al.,<br><br>        Defendants. | Case No. 20-cv-02035 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 38) |

      Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against personnel at Salinas Valley State Prison where he is currently incarcerated. The Court granted Defendants' motion for summary judgment for failure to exhaust administrative remedies and ordered briefing on the remaining claims. Dkt. No. 34. Defendants filed a motion for summary judgment on April 28, 2023. Dkt. No. 37. On May 26, 2023, when his opposition was due, Plaintiff filed a motion for a thirty-day (30) extension of time to file an opposition based on limited access to the law library and moving cells. Dkt. No. 38. Good cause appearing, Plaintiff's motion is **GRANTED**. Plaintiff shall be granted an extension of time until June 26, 2023, to file his opposition.

Defendants' reply shall be filed no later than fourteen (14) days after Plaintiff's opposition is filed.

This order terminates Docket No. 38.

**IT IS SO ORDERED.**

Dated: __May 31, 2023_____

_____
BETH LABSON FREEMAN
United States District Judge