UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA S. HERRERA,

Plaintiff,

v.

J. ORTEGA, et al.,

Defendants.

Case No. 20-cv-02035 BLF

**ORDER DIRECTING PARTIES TO FILE STIPULATED NOTICE OF INTENT TO PARTICIPATE IN FURTHER SETTLEMENT PROCEEDINGS**

After the Court denied Defendants' motion for summary judgment, the Court found the matter suitable for settlement proceedings with the Pro Se Prisoner Settlement Program.  On November 14, 2023, the Court referred the matter to Judge Robert M. Illman pursuant for settlement proceedings on the remaining claims in this action.  Dkt. No. 44. After holding a settlement conference on February 1, 2024, Judge Illman entered a minute order stating that the matter did not settle.  Dkt. No. 47.  Judge Illman also indicated that the parties are to contact his courtroom deputy when they are ready to schedule a further settlement conference.  *Id.*

Accordingly, all parties shall file a stipulated notice **no later than fourteen (14) days** from the date this order is filed of their intent to participate in further settlement proceedings before Judge Illman.  Once the notice is filed, the Court will refer this matter back to Judge Illman for further settlement proceedings.

**IT IS SO ORDERED.**

**Dated:  __February 12, 2024____**

_____
BETH LABSON FREEMAN
United States District Judge

Order Directing Parties to File Stipulated Notice
PRO-SE\BLF\CR.20\02035Herrera_notice.refer-Illman

United States District Court
Northern District of California