UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA S. HERRERA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. ORTEGA, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-02035 BLF<br><br>**ORDER REFERRING MATTER FOR FURTHER SETTLEMENT PROCEEDINGS** |

After the Court denied Defendants' motion for summary judgment, the Court found the matter suitable for settlement proceedings with the Pro Se Prisoner Settlement Program. On November 14, 2023, the Court referred the matter to Judge Robert M. Illman pursuant for settlement proceedings on the remaining claims in this action. Dkt. No. 44. After holding a settlement conference on February 1, 2024, Judge Illman entered a minute order stating that the matter did not settle. Dkt. No. 47. Judge Illman also indicated that the parties are to contact his courtroom deputy when they are ready to schedule a further settlement conference. *Id*. Accordingly, the Court ordered all parties to file a stipulated notice of their intent to participate in further settlement proceedings before Judge Illman. Dkt. No. 48. The parties have filed the stipulation. Dkt. No. 49.

The instant case is **REFERRED** to Judge Robert M. Illman pursuant to the Pro Se Prisoner Settlement Program for further settlement proceedings. The proceedings shall take place **within ninety (90) days** of the filing date of this order. Judge Illman shall coordinate a time and date for a settlement conference with all interested parties or their representatives and, within ten (10) days after the conclusion of the settlement proceedings, file with the court a report regarding the prisoner settlement proceedings.

Other than the settlement proceedings ordered herein, and any matters Magistrate Judge Illman deems necessary to conduct such proceedings, this action shall remained stayed until further order by the court following the resolution of the settlement proceedings.

The Clerk shall send a copy of this order to Magistrate Judge Illman in Eureka, California.

**IT IS SO ORDERED.**

Dated:  _February 27, 2024_____

BETH LABSON FREEMAN
United States District Judge

Order Referring to Settlement
PRO-SE\BLF\CR.20\02035Herrera_refer2-Illman