| | |
|---|---|
| 1 | ROB BONTA |
| | Attorney General of California |
| 2 | WILLIAM C. KWONG |
| | Supervising Deputy Attorney General |
| 3 | PETER BEN NICHOLS |
| | Deputy Attorney General |
| 4 | State Bar No. 289706 |
| | 600 West Broadway, Suite 1800 |
| 5 | San Diego, CA 92101 |
| | P.O. Box 85266 |
| 6 | San Diego, CA 92186-5266 |
| | Telephone: (619) 321-5789 |
| 7 | Fax: (619) 645-2581 |
| | E-mail: Ben.Nichols@doj.ca.gov |
| 8 | *Attorneys for Defendants* |
| | *R. Castillo-Ruiz, R. Cardona, M. Valdez Jr.,* |
| 9 | *G. Bickham, J. Ortega and B. Duran* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSHUA S. HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>J. ORTEGA, et al.,<br><br>Defendants. | 5:20-cv-02035-BLF (PR)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>(Fed. R. Civ. P. 41(a)(1)(A)(ii))<br><br>Judge: The Honorable Beth Labson Freeman<br>Action Filed: 3/24/2020 |

1

Stip. Voluntary Dismissal (5:20-cv-02035-BLF (PR))

Plaintiff Joshua S. Herrera and Defendants, R. Castillo-Ruiz, R. Cardona, M. Valdez Jr., G. Bickham, J. Ortega and B. Duran (Defendants) have resolved this case in its entirety with a fully executed Settlement Agreement. The parties, therefore, stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own litigation costs and attorney's fees.

**IT IS SO STIPULATED.**

Dated: July 16, 2024

Respectfully Submitted,

ROB BONTA
Attorney General of California

*/s/ Peter B. Nichols*

PETER B. NICHOLS
Deputy Attorney General
*Attorneys for Defendants*

Dated: July ____, 2024

JOSHUA S. HERRERA
*Plaintiff, Pro Se*

2

Stip. Voluntary Dismissal (5:20-cv-02035-BLF (PR))

Based on the foregoing stipulation, and for good cause showing, the above captioned case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED

Dated: September 16, 2024

*[signature]*

The Honorable Beth Labson Freeman,
U.S. District Court for the Northern District of California

SF2021401973
84637092.docx

3

Stip. Voluntary Dismissal  (5:20-cv-02035-BLF (PR))